UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ22-128 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| ERIC KIKKERT, | |
| Defendant. | |

Offenses charged:

1. Interstate Threats

Date of Detention Hearing:   April 1, 2022.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant was alleged in the Complaint with making interstate threats against a United States Senator. Defendant has convictions for assaulting a law enforcement officer and an arrest for resisting an officer.

2. Defendant poses a risk of nonappearance because he was not interviewed by Pre-trial services and his ties to the community, employment status and release plan are therefore unverified. Defendant poses a risk of danger to the based on the alleged conduct, his significant mental health issues, and the allegation that he travelled to Washington D.C., as part of his effort to confront an elected official. He appears to be engaged in escalating dangerous conduct including the attempt to purchase firearms which he is prohibited from possessing, and body armor.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a

DETENTION ORDER
PAGE -2

court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 1st Day of April 2022.

*S. Kate Vaughan* (signature)
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3