Hon. Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC KIKKERT,

    Defendant.

NO. 2:22-cr-00053-LK

ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR EXTENSION OF TIME

The Court GRANTS IN PART and DENIES IN PART the Government's Motion for Extension of Time to File Response/Reply, Dkt. No. 17, to Defendant's Motion Under First Amendment for Dietary Sustenance. The Court DENIES as moot the Government's request to re-note the motion for May 20, 2022 because the motion is already noted for the date requested. The Court GRANTS the request to extend the deadline to file the Government's response to May 16, 2022.

Dated this 9th day of May 2022.

*Lauren King*
Lauren King
United States District Judge

ORDER GRANTING IN PART
AND DENYING IN PART MOTION
FOR EXTENSION OF TIME - 1