UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>ERIC KIKKERT,<br><br>　　　　　　　Defendant. | CASE NO. CR22-0053-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING |

　　　This matter comes before the Court on Defendant Eric Kikkert's unopposed motion to continue his sentencing hearing from August 10 to October 5, 2022. Dkt. No. 30. As set forth in the motion, the parties agree that a continuance is appropriate to give Mr. Kikkert time to establish compliance with services from the Probation Department and the U.S. Department of Veterans Affairs. *Id.* at 1–2.

　　　Accordingly, the Court GRANTS the unopposed motion, Dkt. No. 30, and reschedules Mr. Kikkert's sentencing hearing from August 10 to October 5, 2022 at 10:00 a.m.

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING - 1

Dated this 16th day of June, 2022.

*Lauren King*
Lauren King
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING - 2