UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>      v.<br><br>ERIC KIKKERT,<br><br>            Defendant. | CASE NO. 2:22-cr-0053-LK<br><br>ORDER MODIFYING<br>CONDITIONS OF RELEASE |

Based on the relevant Section 3553(a) factors listed in 18 U.S.C. § 3583(e), and for the reasons stated in the September 19, 2023 hearing, the Court modifies Mr. Kikkert's special conditions of release as follows:

(1) Mr. Kikkert is required to send a copy of any message he sends to members of Congress, Governors, or the President of the United States to Probation and Pretrial Services contemporaneous with the communication being submitted; and

(2) Effective at a date to be determined based on the parties' submission(s) in response to this Order, the Court rescinds the portions of its prior orders, Dkt. Nos. 45, 56, that permitted Mr. Kikkert to use an iPhone and Samsung Chromebook.

The Government and Mr. Kikkert's counsel shall confer and submit a proposal to the Court regarding the effective date of the rescission of the Court's prior orders by September 29, 2023.

ORDER MODIFYING CONDITIONS OF RELEASE - 1

To the extent the parties cannot agree on an effective date, each party shall submit its position on the appropriate effective date to the Court by September 29, 2023. All other terms and conditions of Mr. Kikkert's supervised release not inconsistent herewith shall remain in full force and effect.

Dated this 20th day of September, 2023.

*Lauren King*

Lauren King
United States District Judge