UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>ERIC KIKKERT,<br><br>　　　　　　　Defendant. | CASE NO. 2:22-cr-0053-LK<br><br>ORDER MODIFYING<br>CONDITIONS OF RELEASE |

  Following a hearing on September 19, 2023, the Court issued an Order modifying Mr. Kikkert's conditions of release; rescinding portions of its prior orders, Dkt. Nos. 45, 56, that permitted Mr. Kikkert to use an iPhone and Samsung Chromebook; and ordering the parties to confer and submit a proposal to the Court regarding the effective date of the rescission. Dkt. No. 62; Dkt. No. 63 at 1. Mr. Kikkert requested an October 5, 2023 effective date for the recission, Dkt. No. 64 at 1, and the Government did not oppose that request, Dkt. No. 65 at 1.

  Accordingly, effective October 5, 2023, the Court rescinds the portions of its prior orders, Dkt. Nos. 45, 56, that permitted Mr. Kikkert to use an iPhone and Samsung Chromebook. All other

ORDER MODIFYING CONDITIONS OF RELEASE - 1

terms and conditions of Mr. Kikkert's supervised release not inconsistent herewith shall remain in full force and effect.

Dated this 2nd day of October, 2023.

Lauren King
United States District Judge

ORDER MODIFYING CONDITIONS OF RELEASE - 2